## Mager, Appellant, *v.* Kulp.

Argued January 8, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused April 7, 1965.

*Cyril L. Weston,* for appellants.

*Robert M. Mountenay,* with him *Smith, Mountenay, Mims & Wilson,* for appellees.

OPINION PER CURIAM, March 16, 1965:
This appeal raises the question of whether a zoning ordinance had been validly enacted. The lower

Court sustained its validity. We find no merit in any of appellants' contentions.

Order affirmed.